UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Dominique J. Walden <br>    Plaintiff <br><br> v. <br><br> Equifax Information Services, LLC <br> ET AL <br><br>    Defendants | ] <br> ] <br> ] <br> ] <br> ] <br> ] <br> ] <br> ] <br> ] | 3:24-CV-317 <br><br> **JURY DEMANDED** |

Proposed Summonses

Plaintiffs attach proposed summonses for

    1. Equifax Information Services, LLC

    2. TransUnion, LLC

    3. Experian Information Solutions, Inc.

    4. LVNV Funding, LLC

    5. Navy Federal Credit Union

                                      **Dominique J. Walden**

                                      /s/ Jason M. Krumbein, Esq.
                                      Jason M. Krumbein, Esq. VSB#43538
                                      JKrumbein@KrumbeinLaw.com (e-mail)
                                      Counsel for Plaintiff
                                      1650 Willow Lawn Drive, Suite 201
                                      Richmond, VA 23230
                                      804.592.0792
                                      804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Mark & Wanda January
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)