# The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

MAY 17 2024

05/14/24

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Dominique J. Walden | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services LLC et al | **Case:** | 3:24-cv-317 |
| **Serve:** | Navy Federal Credit Union<br>820 Follin Lane SE<br>CEO/President Dietrich Kuhiman<br>Vienna, VA 22180 | **Return Date:**<br>**Time:** | |
| **Contact:** | Jason M. Krumbein<br>1650 Willow Lawn Dr, Ste 201<br>Richmond, VA 23230 | **Phone:**<br>**Reference:** | 8045920792 |

paper:3769448

**Type(s) of Writ(s)**

Summons in a Civil Action    Complaint

Witness/Defendant Navy Federal Credit Union was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

( ) Not Found

( ) Served on Secretary of the Commonwealth

I, **Rose Hamilton** hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 5/17/24   Served Time: 1214

_Signature of Process Server_

**Notary**

State of: Virginia    County/City of: Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this 17 day of May/Jun 2024

Notary Public:

| Type of Service: A | Auth Attempts: 1 | Order: 878360 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No |
|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Serve to Kinjai Macwan/Authorized

DARLENE YVETTE BAUTISTA
NOTARY PUBLIC
REG # 7867381
MY COMMISSION EXPIRES
06/30/2026
COMMONWEALTH OF VIRGINIA


Marston Agency