IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DOMINIQUE WALDEN,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, LVNV FUNDING, LLC, and NAVY FEDERAL CREDIT UNION,

      Defendants.

Civil No. 3:24-cv-00317-DJN

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S
CONSENT MOTION FOR EXTENSION OF TIME**

This matter is before the Court on Defendant Trans Union LLC's ("Trans Union") Consent Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION THEREOF, for good cause shown and by agreement of counsel for Plaintiff and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that Trans Union shall be GRANTED an extension of time until June 26, 2024, to file its Answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this the _____ day of _____ 2024.

                                                    **HONORABLE DAVID J. NOVAK**
                                                    UNITED STATES DISTRICT COURT JUDGE