IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
        Plaintiff,

v.                                                             Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
        Defendants.

## ORDER
**(Granting Consent Motion for Extension of Time to File Responsive Pleading)**

This matter comes before the Court on Defendant Trans Union, LLC's ("Trans Union") Motion for an Extension of Time to File a Responsive Pleading, ("Motion," ECF No. 9). For good cause shown, and as Plaintiff consents to the Motion, the Court hereby GRANTS the Motion, (ECF No. 9). Trans Union shall file a responsive pleading to Plaintiff's Complaint, (ECF No. 1), by June 26, 2024.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                             /s/
                                                 David J. Novak
                                               United States District Judge

Richmond, Virginia
Date: June 3, 2024