IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DOMINIQUE J. WALDEN,**

    *Plaintiff*,

    v.                                                        Civil Action No. 3:24-cv-317-DJN

**EQUIFAX INFORMATION SERVICES, LLC**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
**TRANS UNION, LLC,**
**LVNV FUNDING, LLC, and**
**NAVY FEDERAL CREDIT UNION,**

    *Defendants*.

## NOTICE OF APPEARANCE

The undersigned hereby gives notice that he has been retained as counsel for Navy Federal Credit Union in this matter, and respectfully requests the Clerk enter an appearance for the undersigned as counsel of record for Defendant Navy Federal Credit Union in the above-captioned matter.

Dated: June 4, 2024                                         Respectfully submitted,
                                                                **NAVY FEDERAL CREDIT UNION**

                                                                /s/ *Nicholas R. Jimenez*
                                                                Nicholas R. Jimenez (VSB No. 96629)
                                                               TROUTMAN PEPPER
                                                                HAMILTON SANDERS LLP
                                                                222 Central Park Avenue
                                                                Virginia Beach, Virginia 23462
                                                                Telephone: (757) 687-7756
                                                                E-Mail: nicholas.jimenez@troutman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June 2024, a true and correct copy of the foregoing *Notice of Appearance* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Nicholas R. Jimenez*
Nicholas R. Jimenez (VSB No. 96629)
*Counsel for Defendant Navy Federal Credit Union*
