IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DOMINIQUE J. WALDEN,**

    *Plaintiff*,

    v.                                                                   Civil Action No. 3:24-cv-317-DJN

**EQUIFAX INFORMATION SERVICES, LLC**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
**TRANS UNION, LLC,**
**LVNV FUNDING, LLC, and**
**NAVY FEDERAL CREDIT UNION,**

    *Defendants*.

## DEFENDANT NAVY FEDERAL CREDIT UNION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Navy Federal Credit Union ("Navy Federal") by counsel, submits this Motion for Extension of Time to Respond to the Complaint filed against it by Plaintiff Dominique Walden ("Plaintiff"). In support of its Motion, Navy Federal states the following:

1. Plaintiff filed their Complaint on May 6, 2024.

2. Navy Federal was served with the Complaint on May 17, 2024, and the response to the Complaint is currently due on June 7, 2024.

3. The undersigned requires additional time to review the matter and confer with Navy Federal to prepare an appropriate response.

4. Navy Federal requests an extension of time, through and including June 28, 2024, to respond to the Complaint.

5. Plaintiff consents to the enlargement of time. See email attached hereto as **Exhibit A**.

WHEREFORE, Defendant Navy Federal Credit Union, by counsel, respectfully requests this Court enter an order extending its time to respond to the Complaint through and including June 28, 2024, and for any other relief this Court deems proper.

Dated: June 4, 2024

Respectfully submitted,
**NAVY FEDERAL CREDIT UNION**

/s/ *Nicholas R. Jimenez*
Nicholas R. Jimenez (VSB No. 96629)
David M. Gettings (VSB No. 80394)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
222 Central Park Avenue
Virginia Beach, Virginia 23462
Telephone: (757) 687-7747
E-Mail: nicholas.jimenez@troutman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June 2024, a true and correct copy of the foregoing *Motion for Extension of Time* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

>*/s/ Nicholas R. Jimenez*
>Nicholas R. Jimenez (VSB No. 96629)
>*Counsel for Defendant Navy Federal Credit Union*