# EXHIBIT A

**From:** Jason Krumbein <jkrumbein@krumbeinlaw.com>
**Date:** June 3, 2024 at 10:35:46 PM EDT
**Subject:** RE: Dominque Walden v. NFCU
**To:** Jimenez, Nicholas R. <Nicholas.Jimenez@troutman.com>
**Cc:** Kline, Katie G. <Katie.Kline@troutman.com>

**CAUTION: The sender's email address is unknown (not previously received).**
DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Looks good to me.

Please attach a copy of this email as evidence of my consent to the extension.

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services, Inc
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804-592-0792
JKrumbein@KrumbeinLaw.com

**From:** Jimenez, Nicholas R. <Nicholas.Jimenez@troutman.com>
**Sent:** Monday, June 3, 2024 11:59
**To:** jkrumbein@krumbeinlaw.com
**Cc:** Kline, Katie G. <Katie.Kline@troutman.com>
**Subject:** Dominque Walden v. NFCU

Mr. Krumbein,

Attached is the draft motion for extension we discussed on Friday. Let us know if we are good to file or if you'd like to include any revisions.

1

Looking forward to working with you on this one and thank you again for the courtesy.

Best,
-Nick

### Nicholas R. Jimenez
**Attorney**
Direct: 757.687.7756
nicholas.jimenez@troutman.com

### troutman pepper
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
troutman.com

Troutman Pepper is a Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.