IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DOMINIQUE J. WALDEN,**

    *Plaintiff*,

    v.                                         Civil Action No. 3:24-cv-317-DJN

**EQUIFAX INFORMATION SERVICES, LLC**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
**TRANS UNION, LLC,**
**LVNV FUNDING, LLC, and**
**NAVY FEDERAL CREDIT UNION,**

    *Defendants*.

## **FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Navy Federal Credit Union defendant in the above-captioned action, certifies as follows:

1.    There are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Navy Federal Credit Union that have any outstanding securities in the hands of the public.

2.    Navy Federal Credit Union has nothing to report under Local Civil Rule 7.1(A)(1)(b).

|  |  |
|---|---|
| Dated: June 4, 2024 | Respectfully submitted,<br>**NAVY FEDERAL CREDIT UNION**<br><br>/s/ *Nicholas R. Jimenez*<br>Nicholas R. Jimenez (VSB No. 96629)<br>David M. Gettings (VSB No. 80394)<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>222 Central Park Avenue<br>Virginia Beach, Virginia 23462<br>Telephone: (757) 687-7500<br>E-Mail: nicholas.jimenez@troutman.com<br>E-Mail: dave.gettings@troutman.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June 2024, a true and correct copy of the foregoing *Financial Interest Disclosure Statement* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Nicholas R. Jimenez*
Nicholas R. Jimenez (VSB No. 96629)
*Counsel for Defendant Navy Federal Credit Union*

172209737

3