IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DOMINIQUE J. WALDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, LVNV FUNDING, LLC, AND NAVY FEDERAL CREDIT UNION,<br><br>    Defendants. | Case No.: 3:24-cv-00317-DJN |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7, respectfully requests an extension of time, through and including July 5, 2024, to respond to Plaintiff's Complaint, and in support thereof states:

1. On May 6, 2024, Plaintiff filed a Complaint in the United States District Court for the Eastern District of Virginia, Richmond Division, styled *Dominique J. Walden v. Equifax Information Services LLC et al.;* Case No. 3:24-cv-00317-DJN. (ECF No. 1).

2. Equifax was served via process service on its registered agent, Corporation Service Company, on May 15, 2024.

3. Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Equifax must file its responsive pleading by June 5, 2024.

4. Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. In addition, the Parties anticipate discussing settlement

- 2 -

prior to Equifax filing its Answer. Accordingly, Equifax respectfully requests an initial extension of the deadline to respond to Plaintiff's Complaint, up to and including July 5, 2024.

5. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel regarding settlement, and, if necessary, prepare a response to the Complaint. This is Equifax's first request for an extension of time.

6. On May 31, 2024, Equifax's counsel conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension. Plaintiff's counsel had no objection and provided his assent to the requested extension.

WHEREFORE, Equifax respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Complaint, up to and including July 5, 2024. A Proposed Order is attached hereto as an Exhibit to this Motion.

DATED: June 4, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ *John W. Montgomery, Jr.*
　　　　　　　　　　　　　　　　　　　　John W. Montgomery, Jr.
　　　　　　　　　　　　　　　　　　　　VSB No. 37149
　　　　　　　　　　　　　　　　　　　　Counsel for Equifax Information Services, LLC
　　　　　　　　　　　　　　　　　　　　TRAYLOR, MONTGOMERY & ELLIOTT, PC
　　　　　　　　　　　　　　　　　　　　130 E. Wythe Street
　　　　　　　　　　　　　　　　　　　　Petersburg, VA 23803
　　　　　　　　　　　　　　　　　　　　Telephone: (804) 861-1122
　　　　　　　　　　　　　　　　　　　　Facsimile: (804) 733-6022
　　　　　　　　　　　　　　　　　　　　Email: jmontgomery@tmande.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2024, I filed the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and counsel of record.

*/s/ John W. Montgomery, Jr.*
John W. Montgomery, Jr.
*Counsel for Defendant*
*Equifax Information Services LLC*