IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
    Plaintiff,

v.                                                  Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
    Defendants.

**ORDER**

**(Granting In Part Consent Motion for Extension of Time to File Responsive Pleading)**

This matter comes before the Court on Defendant Navy Federal Credit Union's ("Navy Federal") Motion for an Extension of Time to File a Responsive Pleading, ("Motion," ECF No. 15). For good cause shown, and as Plaintiff consents to the Motion, the Court hereby GRANTS IN PART the Motion, (ECF No. 15). Trans Union shall file a responsive pleading to Plaintiff's Complaint, (ECF No. 1), by June 26, 2024.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                            /s/
                                                  David J. Novak
                                                 United States District Judge

Richmond, Virginia
Date: ~~June 4, 2024~~
June 5, 2024 /s/