IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
     Plaintiff,

v.                                                                     Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
     Defendants.

## ORDER
### (Clarifying Court Orders)

This matter comes before the Court on its own initiative.  On June 3, 2024, the Court granted Defendant Trans Union, LLC's ("Trans Union") Consent Motion for an Extension of Time to File a Responsive Pleading.  (ECF No. 12.)  Next, on June 5, 2024, the Court partially granted Consent Motions for Extensions of Time to File Responsive Pleadings by Defendants Equifax Information Services LLC ("Equifax") and Navy Federal Credit Union ("Navy Federal").  (ECF Nos. 20–21.)  The Clerk's Office received an inquiry from counsel for Defendants regarding the timing and applicability of these Orders.  The Court CLARIFIES that **June 26, 2024** constitutes the deadline for responsive pleadings from Trans Union, Equifax and Navy Federal.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                         _____/s/_____
                                         David J. Novak
                                         United States District Judge

Richmond, Virginia
Date: June 5, 2024