IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **DOMINIQUE J. WALDEN,** ) | |
|              **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Civil Action No.: 3:24-cv-00317-DJN** |
| **EQUIFAX INFORMATION SERVICES, LLC,** ) | |
| **EXPERIAN INFORMATION SOLUTIONS,** ) | |
| **INC., TRANS UNION, LLC, LVNV FUNDING** ) | |
| **LLC and** ) | |
| **NAVY FEDERAL CREDIT UNION,** ) | |
|              **Defendants.** ) | |

## **AGREED ORDER**

BY AGREEMENT of the Plaintiff, Dominique J. Walden ("Plaintiff"), and Defendant LVNV Funding, LLC ("LVNV"), by their respective counsel, for good cause shown, it is ORDERED that the time during which LVNV may file a response to Plaintiff's Complaint be and hereby is extended to and including June 26th, 2024.

The Clerk is hereby ORDERED to distribute a copy of this Agreed Order to all parties via the ECF system.

ENTER: _____

_____
Judge
United States District Court