UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Dominique J. Walden ]<br>   Plaintiff ]<br>]<br>v. ]<br>]<br>Equifax Information Services, LLC ]<br>Experian Information Solutions, Inc. ]<br>Trans Union, LLC ]<br>LVNV Funding, LLC ]<br>Navy Federal Credit Union<br>   Defendants | Case#: 3:24-CV-317-DJN<br><br>**JURY DEMANDED** |

PLAINTIFFS CONSENT TO MOTION FOR EXTENSION

BY LVNV FUNDING, LLC

Mr. Walden, by counsel, CONSENTS to the Motion for extension by LVNV Funding, LLC (Docket #23).

                                        Dominique J. Walden

                                  /s/ Jason M. Krumbein, Esq.
                                Jason M. Krumbein, Esq. VSB#43538
                                JKrumbein@KrumbeinLaw.com (e-mail)
                                Counsel for Plaintiff
                                1650 Willow Lawn Drive, Suite 201
                                Richmond, VA 23230
                                804.592.0792
                                804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 5 June 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC**

**David M. Gettings, Esq.**
**Nicholas R. Jimenez. Esq.**
**Counsel for Navy Federal Credit Union**

**Brittany G. Simmons, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)