UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Dominique J. Walden | ] | |
| --- | --- | --- |
|    Plaintiff | ] | |
| | ] | Case#: 3:24-CV-317-DJN |
| v. | ] | |
| | ] | **JURY DEMANDED** |
| Equifax Information Services, LLC | ] | |
| Experian Information Solutions, Inc. | ] | |
| Trans Union, LLC | ] | |
| LVNV Funding, LLC | ] | |
| Navy Federal Credit Union | | |
|    Defendants | | |

<u>STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC</u>

COMES NOW the plaintiff, by counsel, and TransUnion,LLC and STIPULATES that this matter is DISMISSED WITH PREJUDICE pursuant to FRCP 41(A)(1)(a)(ii).  Each party shall bear its own costs and expenses. The court shall retain jurisdiction to enforce the terms of any settlement agreement between the parties.


**Dominique J. Walden**                               **TransUnion, LLC**

 /s/ Jason M. Krumbein, Esq.                        _____
Jason M. Krumbein, Esq. VSB#43538        Marc. F. Kirkland, Esq. VSB#96234
JKrumbein@KrumbeinLaw.com (e-mail)   MKirkland@qslm.com (email)
Counsel for Plaintiff                                       Counsel for Trans Union, LLC
1650 Willow Lawn Drive, Suite 201          Quilling, Selander, Lownds, Winslett &
Richmond, VA 23230                                    Moser, PC
804.592.0792                                                  6900 N. Dallas Pkwy, Suite 800
804.823.2565 (fax)                                         Plano, TX 75024
                                                                       214.560.5454
                                                                       214.871.2111 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 24 June 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC**

**David Gettings, Esq.**
**Nicholas Jimenez, Esq.**
**Counsel for Navy Federal Credit Union**

**Brittany G. Simmons, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)