IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
        Plaintiff,

v.                                                                                    Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
        Defendants.

**ORDER**
**(Acknowledging Stipulation of Dismissal With Prejudice)**

This matter comes before the Court on Plaintiff's Stipulation of Dismissal with Prejudice of Defendant Trans Union, LLC ("Trans Union") only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 28.) The Court hereby acknowledges this voluntary dismissal, with prejudice and with each party to pay its own costs and attorneys' fees,[2] and DIRECTS the Clerk's Office to TERMINATE Trans Union from this action.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                                              /s/
                                                                               David J. Novak
                                                                               United States District Judge

Richmond, Virginia
Dated:  June 25, 2024

---

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for Plaintiff and Trans Union have signed the stipulation. (ECF No. 28.)

[2] "The [C]ourt shall retain jurisdiction to enforce the terms of any settlement agreement between the parties." (*Id.* at 1.)