UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DOMINIQUE J. WALDEN,**

    **Plaintiff,**

v.                                                Civil Action No. 3:24-cv-00317-DJN

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.,*

    **Defendants.**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), files this consent motion for an extension of time within which to file its responsive pleadings to the Complaint filed by Plaintiff, Dominique J. Walden ("Plaintiff"). In support, Experian states as follows:

Experian's counsel has asked Plaintiff's counsel to provide Plaintiff's personal identifying information ("PII"), which Plaintiff's counsel has agreed to provide. Plaintiff's PII is necessary for Experian to identify Plaintiff's credit file and reporting history in order to begin investigating Plaintiff's allegations. Experian now seeks an order from this Court extending Experian's time to answer or otherwise plead up to and including July 25, 2024, so that Experian may have adequate time to obtain Plaintiff's credit file, investigate the allegations in Plaintiff's Complaint, and prepare an appropriate response to Plaintiff's Complaint.

Experian's counsel has communicated with counsel for Plaintiff, who is agreeable to the requested extension. A proposed Agreed Order with the fully endorsed, electronic signatures of counsel is attached hereto as **Exhibit A**.

WHEREFORE, Defendant, Experian Information Solutions, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting Experian's Consent Motion for an Extension of Time; (2) providing Experian with an extension of time to file its responsive pleadings until on or before July 25, 2024; and (3) awarding Experian such further relief as the Court deems appropriate.

                            **EXPERIAN INFORMATION SOLUTIONS, INC.**

By: */s/ David N. Anthony*
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Experian Information Solutions, Inc.*
    TROUTMAN PEPPER HAMILTON SANDERS LLP
    1001 Haxall Point
    Richmond, VA 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutman.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of June 2024, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                          */s/ David N. Anthony*
                          David N. Anthony
                          Virginia State Bar No. 31696
                          *Counsel for Experian Information Solutions, Inc.*
                          TROUTMAN PEPPER HAMILTON SANDERS LLP
                          1001 Haxall Point
                          Richmond, VA 23219
                          Telephone: (804) 697-5410
                          Facsimile: (804) 698-5118
                          Email: david.anthony@troutman.com