**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**DOMINIQUE J. WALDEN,**

    **Plaintiff,**

v.                                                                   Civil Action No. 3:24-cv-00317-DJN

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.,*

    **Defendants.**

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Consent Motion for an Extension of Time to file responsive pleadings to the Complaint filed by Plaintiff, Dominique J. Walden ("Plaintiff").

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Consent Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendant, Experian Information Solutions, Inc., shall be GRANTED an extension of time until on or before July 25, 2024 to file its responsive pleadings to the Complaint filed by Dominique J. Walden.

The Clerk is directed to send a copy of this Order to counsel of record.

Dated: _____           _____
                                                                         United States District Court Judge

Case 3:24-cv-00317-DJN   Document 30-1   Filed 06/25/24   Page 2 of 2 PageID# 104

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| */s/ David N. Anthony* | */s/ Jason M. Krumbein* |
| David N. Anthony | Jason M. Krumbein, VSB#43538 |
| Virginia State Bar No. 31696 | Krumbein Consumer Legal Services Inc. |
| *Counsel for Experian Information Solutions, Inc.* | 1650 Willow Lawn Drive, Suite 201 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Richmond, VA 23230 |
| 1001 Haxall Point | Telephone: 804-592-0792 |
| Richmond, VA 23219 | Facsimile: 804-823-2565 |
| Telephone: (804) 697-5410 | Email: JKrumbein@krumbeinlaw.com |
| Facsimile: (804) 698-5118 | *Counsel for Plaintiff* |
| Email: david.anthony@troutman.com | |

172884861