IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DOMINIQUE J. WALDEN,<br>    Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION, LLC, LVNV FUNDING<br>LLC and<br>NAVY FEDERAL CREDIT UNION,<br>    Defendants. | Civil Action No.: 3:24-cv-00317-DJN |

## **FINANCIAL INTEREST DISCLOSURE STATEMENT**

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant LVNV Funding, LLC ("LVNV") in the above-captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock: Sherman Originator, LLC — Parent Corporation.

  Pursuant to the provisions of Federal Rule of Civil Procedure 7.1, LVNV discloses that:

  1.  LVNV is a Delaware limited liability company and is a subsidiary of Sherman Originator, LLC.

  2.  No publicly held company owns 10% or more of stock of LVNV or Sherman Originator, LLC.

  3.  Other than set forth herein, there is no publicly held corporation, not a party to this case, that has a financial interest in the outcome of this case.

4.	There are no other persons or entities that may have an interest in the outcome of this case.

Date: June 26, 2024

Respectfully submitted,

*/s/ Brittany Given Simmons*
Brittany Given Simmons (Virginia Bar # 94196)
Dinsmore & Shohl LLP
801 Pennsylvania Ave, N.W., Suite 610
Washington, DC 20004
(202) 372-9116
Brittany.Simmons@dinsmore.com
*Counsel for Defendant, LVNV Funding, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Jason M. Krumbein, Esq.
1650 Willow Lawn Drive, Suite 201
Richmond, VA  23230
JKrumbein@KrumbeinLaw.com
*Counsel for Plaintiff, Dominique J. Walden*

*/s/ Brittany Given Simmons*
*Counsel for Defendant, LVNV Funding, LLC*