IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL
CRIMINAL RULE 57.4(E)

In Case Number 3:24-cv-00317-DJN , Case Name Dominique J. Walden v. Equifax Information Services, LLC, *et al.*

Party Represented by Applicant: LVNV Funding, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Joseph Nicholas Tucker
Bar Identification Number 86776        State Kentucky*
Firm Name Dinsmore & Shohl, LLP
Firm Phone # (502) 540-2300        Direct Dial # (502) 540-2360        FAX # (502) 585-2207
E-Mail Address joseph.tucker@dinsmore.com
Office **Mailing** Address 101 South Fifth Street, Suite 2500, Louisville, KY 40202

Name(s) of federal district court(s) in which I have been admitted *See attached addendum

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/*Joseph N. Tucker*
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/*Brittany Given Simmons*                     06/26/2024
(Signature)                                      (Date)
Brittany Given Simmons                           94196
(Typed or Printed Name)                          (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____            _____
(Judge's Signature)                     (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| DOMINIQUE J. WALDEN, ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| ) | **Civil Action No.: 3:24-cv-00317-DJN** |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., TRANS UNION, LLC, LVNV FUNDING ) | |
| LLC and ) | |
| NAVY FEDERAL CREDIT UNION, ) | |
| **Defendants.** ) | |
| ) | |

**Addendum to Joseph N. Tucker's Application for Pro Hac Vice Admission**

List of State Bar and Federal Court Admission for Joseph N. Tucker

| COURT | DATE OF ADMISSION | BAR NUMBER | STANDING |
|---|---|---|---|
| Florida | June 7, 1992 | 938297 | Active/Good |
| Kentucky | May 7, 1997 | 86776 | Active/Good |
| Michigan | September 29, 2017 | P81807 | Active/Good |
| U.S. Court of Appeals for the Sixth Circuit | September 12, 1997 | | Active/Good |
| U.S. Court of Appeals for the Eleventh Circuit | October 6, 2008 | | Active/Good |
| Middle District of Florida | July 16, 1992 | | Active/Good |
| Western District of Kentucky | June 2, 1997 | | Active/Good |
| Eastern District of Kentucky | July 7, 1997 | | Active/Good |
| Southern District of Florida | April 11, 2008 | | Active/Good |
| Northern District of Florida | May 14, 2009 | | Active/Good |
| District of Colorado | May 24, 2017 | | Active/Good |
| Eastern District of Michigan | January 17, 2018 | | Active/Good |
| Western District of Michigan | March 9, 2018 | | Active/Good |
| Eastern District of Tennessee | June 22, 2018 | | Active/Good |
| Western District of Tennessee | November 27, 2018 | | Active/Good |
| Southern District of Indiana | January 7, 2019 | | Active/Good |
| Middle District of Tennessee | June 14, 2021 | | Active/Good |