IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
     Plaintiff,

     v.                                            Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
          Defendants.

## ORDER
**(Setting Deadline for Stipulation of Dismissal)**

This matter comes before the Court after receiving notice that Plaintiff Dominique J.

Walden ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") have

reached a settlement.  (ECF No. 32.)  The Court hereby ORDERS that Plaintiff and Equifax shall

have fourteen (14) days from the entry of this Order to file a stipulation of dismissal as to

Equifax.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                        ____/s/_____
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Date:  July 22, 2024