IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
        Plaintiff,

v.                                      Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
        Defendants.

## ORDER
**(Directing Parties to File Position on Consent to Magistrate Judge Jurisdiction)**

This matter comes before the Court on its own initiative for pretrial management. This matter is scheduled for an initial pretrial conference on **August 8, 2024.** In the interest of judicial economy, the Court hereby DIRECTS the parties to file their position as to whether they consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1),[1] no later than **August 2, 2024**.

If the parties consent to magistrate judge jurisdiction, the Court will cancel the previously scheduled initial pretrial conference.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                    /s/
                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Dated: July 23, 2024

---

[1] The Court advises the parties that they are free to withhold consent without adverse substantive consequences.