IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
        Plaintiff,

v.                              Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
        Defendants.

## ORDER
### (Acknowledging Stipulation of Dismissal With Prejudice)

This matter comes before the Court on Plaintiff's Stipulation of Dismissal with Prejudice of Defendant Equifax Information Services, LLC ("Equifax") only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 42.) The Court hereby acknowledges this voluntary dismissal, with prejudice and with each party to pay its own costs and attorneys' fees,[2] and DIRECTS the Clerk's Office to TERMINATE Equifax from this action.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                          /s/
                                             David J. Novak
                                             United States District Judge

Richmond, Virginia
Dated: July 25, 2024

---

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for Plaintiff and Equifax have signed the stipulation. (ECF No. 42.)

[2] "The [C]ourt shall retain jurisdiction to enforce the terms of any settlement agreement between the parties." (*Id.* at 1.)