UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

DOMINIQUE J. WALDEN,

    Plaintiff,

v.                                                              Civil Action No. 3:24-cv-00317-DJN

EQUIFAX INFORMATION SERVICES,
LLC, *et al.*,

    Defendants.

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S STATEMENT REGARDING MAGISTRATE JUDGE JURISDICTION

Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to this Court's July 23, 2024 Order [Docket No. 41], hereby informs the Court that Experian declines assignment of the case to a Magistrate Judge as the presiding judicial officer.

Dated: August 1, 2024        **EXPERIAN INFORMATION SOLUTIONS, INC.**

By: */s/ David N. Anthony*
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Experian Information Solutions, Inc.*
    TROUTMAN PEPPER HAMILTON
    SANDERS LLP
    1001 Haxall Point
    Richmond, VA 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    E-mail: david.anthony@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August 2024, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David N. Anthony*
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

300549247