IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DOMINIQUE J. WALDEN, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | Civil Action No.: 3:24-cv-00317-DJN |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., TRANS UNION, LLC, LVNV FUNDING ) | |
| LLC and ) | |
| NAVY FEDERAL CREDIT UNION, ) | |
| Defendants. ) | |
| ) | |

## STATEMENT REGARDING CONSENT

Defendant, LVNV Funding, LLC, does not consent to the assignment of this case to a Magistrate Judge.

Respectfully submitted,

*/s/ Brittany Given Simmons*
Brittany Given Simmons (Virginia Bar # 94196)
Dinsmore & Shohl LLP
801 Pennsylvania Ave, N.W., Suite 610
Washington, DC 20004
(202) 372-9116
Brittany.Simmons@dinsmore.com

Joseph N. Tucker (*pro hac vice* admission)
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300
joseph.tucker@dinsmore.com
*Counsel for Defendant, LVNV Funding, LLC*

1

#45089771v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Jason M. Krumbein, Esq.
*Counsel for Plaintiff, Dominique J. Walden*

Mark Kirkland, Esq.
*Counsel for TransUnion, LLC*

John W. Montgomery, Esq.
*Counsel for Equifax Information Services, LLC*

David N. Anthony, Esq.
*Counsel for Experian Information Solutions, Inc.*

David Gettings, Esq.
Nicholas Jimenez, Esq.
*Counsel for Navy Federal Credit Union*

*/s/ Brittany Given Simmons*
*Counsel for Defendant, LVNV Funding, LLC*

#45089771v1