# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| DOMINIQUE WALDEN,<br><br>    Plaintiff,<br><br> -v-<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; LVNV FUNDING, LLC; NAVY FEDERAL CREDIT UNION;<br><br>    Defendants. | Case No.: 3:24-cv-00317-DJN |

## DEFENDANT NAVY FEDERAL CREDIT UNION'S
## STATEMENT REGARDING CONSENT TO MAGISTRATE JUDGE

Pursuant to the Court's Order dated July 23, 2024, Defendant Navy Federal Credit Union ("Navy Federal"), hereby states that it does not consent to the assignment of this matter to a Magistrate Judge.

Dated: August 2, 2024

                 Respectfully submitted,
                 **NAVY FEDERAL CREDIT UNION**

                 /s/ *David M. Gettings*
                 David M. Gettings (VSB No. 80394)
                 Nicholas R. Jimenez (VSB No. 96629)
                 TROUTMAN PEPPER
                 HAMILTON SANDERS LLP
                 222 Central Park Avenue
                 Virginia Beach, Virginia 23462
                 Telephone: (757) 687-7747
                 E-Mail: david.gettings@troutman.com
                 E-Mail: nicholas.jimenez@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, the foregoing was filed electronically with the Clerk of Court using the CM/ECF.

*/s/ David M. Gettings*
David M. Gettings (VSB No. 80394)