IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
    Plaintiff,

    v.                              Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
    Defendants.

## ORDER
### (Referring Case for Settlement Conference; Scheduling Status Call)

This matter comes before the Court for pretrial case management and following an on-the-record initial pretrial conference on August 8, 2024.  In the interest of judicial economy, the case is hereby REFERRED to United States Magistrate Judge Mark R. Colombell for settlement purposes.  If amenable to Magistrate Judge Colombell and otherwise consistent with his calendar, the parties shall schedule a settlement conference no later than October 25, 2024.  The Court also SCHEDULES a telephonic status call on October 25, 2024 at 11:00 a.m.[1]

Let the Clerk file a copy of this Order electronically, notify all counsel of record and forward a copy to Magistrate Judge Colombell.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: August 8, 2024

---

[1]     The Court will cancel the October 25, 2024 status call if the parties have settled this case by that time.