**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| Dominique J. Walden<br>   Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.<br>Trans Union, LLC<br>LVNV Funding, LLC<br>Navy Federal Credit Union<br>   Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Case#: 3:24-CV-317-DJN<br><br>**JURY DEMANDED** |

**NOTICE OF SETTLEMENT**
**AS TO EXPERIAN INFORMATION SOLUTIONS, INC**
**AND NAVY FEDERAL CREDIT UNION ONLY**

COMES NOW the plaintiff, by counsel, and gives notice to the court and all parties that

plaintiff and Experian Information Solutions, Inc and Navy Federal Credit Union have

reached a settlement and anticipate submitting a dismissal order within 21 days.

**Dominique J. Walden**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 9 October 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**David N. Anthony, Esq.**
**H. Scott Kelly, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC**

**David Gettings, Esq.**
**Nicholas Jimenez, Esq.**
**Counsel for Navy Federal Credit Union**

**Brittany G. Simmons, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)