UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Dominique J. Walden          ]     |                          |
|    Plaintiff                 ]     |                          |
|                              ]     | Case#: 3:24-CV-317-DJN   |
| v.                           ]     |                          |
|                              ]     | **JURY DEMANDED**        |
| Equifax Information Services, LLC  ] |                        |
| Experian Information Solutions, Inc. ] |                      |
| Trans Union, LLC             ]     |                          |
| LVNV Funding, LLC            ]     |                          |
| Navy Federal Credit Union          |                          |
|    Defendants                      |                          |

<u>MOTION TO DISMISS LVNV FUNDING, LLC</u>

COMES NOW the plaintiff, by counsel, and moves to dismiss defendant LVNV FUNDING, LLC as a party in this matter. For the reasons more clearly stated in the accompanying brief in support.



**Dominique J. Walden**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 10 October 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC. (terminated party)**

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC (terminated party)**

**David N. Anthony, Esq.**
**H. Scott Kelly, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**David Gettings, Esq.**
**Nicholas Jimenez, Esq.**
**Counsel for Navy Federal Credit Union**

**Brittany G. Simmons, Esq.**
**Joseph N. Tucker, Esq. (PHV)**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)