**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| Dominique J. Walden<br>    Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.<br>Trans Union, LLC<br>LVNV Funding, LLC<br>Navy Federal Credit Union<br>    Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Case#: 3:24-CV-317-DJN<br><br>**JURY DEMANDED** |

PROPOSED ORDER ON MOTION TO DISMISS LVNV FUNDING, LLC


UPON MOTION BY the plaintiff, by counsel, it is
ORDERED, ADJUDGED AND DECREED that Defendant LVNV FUNDING, LLC is
dismissed with prejudice.



Entered:_____          _____
                            David J. Novak, Judge
                            US District Court, Eastern District of Virginia
                            Richmond Division



**I ASK FOR THIS**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)


Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)