UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Dominique J. Walden      Plaintiff  v.  Equifax Information Services, LLC  Experian Information Solutions, Inc.  Trans Union, LLC  LVNV Funding, LLC  Navy Federal Credit Union      Defendants | ]  ]  ]  ]  ]  ]  ]  ]  ] | Case#: 3:24-CV-317-DJN  **JURY DEMANDED** |
|---|---|---|

NOTICE OF SETTLEMENT
AS TO LVNV FUNDING, LLC

COMES NOW the plaintiff, by counsel, and gives notice to the court and all parties that plaintiff and LVNV FUNDING, LLC have reached a settlement and anticipate submitting a dismissal order within 21 days.

Dominique J. Walden

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)


CERTIFICATE OF SERVICE

I hereby certify that on this 24 October 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**David N. Anthony, Esq.**
**H. Scott Kelly, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC**

**David Gettings, Esq.**
**Nicholas Jimenez, Esq.**
**Counsel for Navy Federal Credit Union**

**Brittany G. Simmons, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)