IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
    Plaintiff,

v.                                                                                  Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,
    Defendants.

## ORDER
### (Acknowledging Stipulation of Dismissal with Prejudice as to Defendant Experian)

This matter comes before the Court on Plaintiff Dominique Walden's ("Plaintiff") Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions ("Experian") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 57.) The Court hereby ACKNOWLEDGES this voluntary dismissal as to Experian, with prejudice, and with each party to pay its own costs and attorneys' fees. The Court shall also retain jurisdiction to enforce the terms of any settlement agreement between the parties.

The Court DIRECTS the Clerk's Office to close this case as to Experian.

This case as to Experian is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                        /s/
                                                  David J. Novak
Richmond, Virginia                         United States District Judge
Dated: November 4, 2024

---

[1]     Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for both parties signed the stipulation.