UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Dominique J. Walden ]<br>   Plaintiff ]<br> ]<br> ]<br>v. ]<br> ]<br>Equifax Information Services, LLC ]<br>Experian Information Solutions, Inc. ]<br>Trans Union, LLC ]<br>LVNV Funding, LLC ]<br>Navy Federal Credit Union<br>   Defendants | Case#: 3:24-CV-317-DJN<br><br>**JURY DEMANDED** |

STIPULATION OF DISMISSAL

AS TO NAVY FEDERAL CREDIT UNION

COMES NOW the plaintiff, by counsel, and NAVY FEDERAL CREDIT UNION and STIPULATE that this matter is DISMISSED WITH PREJUDICE pursuant to FRCP 41(A)(1)(a)(ii).  Each party shall bear its own costs and expenses. The court shall retain jurisdiction to enforce the terms of any settlement agreement between the parties.


**Dominique J. Walden**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

**NAVY FEDERAL CREDIT UNION**

  /s/ Nicholas Jimenez, Esq.
David M. Gettings, Esq. VSB#80394
David.Gettings@Troutman.com (email)
Nicholas R. Jimenez, Esq. VSB#96629
Nicholas.Jimenez@Troutman.com (email)
Troutman Sanders, LLP
222 Central Park Ave
Virginia Beach, VA 23462
757.687.7747

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this 4 November 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Mark Kirkland, Esq.**
**Counsel for TransUnion, LLC.**

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC**

**David N. Anthony, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**David Gettings, Esq.**
**Nicholas Jimenez, Esq.**
**Counsel for Navy Federal Credit Union**

**Brittany G. Simmons, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Dominique Walden
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)