IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DOMINIQUE J. WALDEN,
Plaintiff,

v.  Civil No. 3:24cv317 (DJN)

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,
Defendants.

## ORDER
### (Acknowledging Stipulation of Dismissal with Prejudice as to LVNV Funding, LLC)

This matter comes before the Court on Plaintiff Dominique Walden's ("Plaintiff") Stipulation of Dismissal with Prejudice as to Defendant LVNV Funding, LLC ("LVNV") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 61.) The Court hereby ACKNOWLEDGES this voluntary dismissal as to LVNV with prejudice. The Court shall also retain jurisdiction to enforce the terms of any settlement agreement between the parties.

Further, because the Court acknowledges Plaintiff's Stipulation of Dismissal with Prejudice as to LVNV, the Court hereby DENIES AS MOOT Plaintiff's Motion to Voluntarily Dismiss LVNV Funding, LLC. (ECF No. 53.)

---

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for both parties signed the stipulation.

The Court DIRECTS the Clerk's Office to close this case as to LVNV.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                  /s/  
                                                       David J. Novak  
                                                       United States District Judge

Alexandria, Virginia  
Dated: November 18, 2024